UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID THARP, Board of Trustees Chairman, on behalf of INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CATRON INTERIOR SYSTEMS, INC.,<br><br>Defendant. | No. 1:12-cv-01870-TWP-DML |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

The Court having made its Entry directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**.

For the reasons detailed in the Court's Entry Following Damages Hearing and Order on Motion for Reconsideration, the Court now enters **FINAL JUDGMENT** in this action in favor of Plaintiffs (1) Dave Tharp, Board of Trustees Chairman, and Doug Robinson, Board of Trustees Secretary, on behalf of Indiana/Kentucky/Ohio Regional Council of Carpenters Pension Fund; (2) Dave Tharp, Board of Trustees Chairman, on behalf of Indiana/Kentucky/Ohio Regional Council of Carpenters Defined Contribution Pension Trust Fund; (3) Dave Tharp, Board of Trustees Co-Chairman, and William Nix, Board of Trustees Co-Chairman, on behalf of Indiana/Kentucky/Ohio Regional Council of Carpenters Welfare Fund; (4) Dave Tharp, Board of Trustees Chairman, and Joe Coar, Board of Trustees Secretary, on behalf of Indiana Carpenters Apprenticeship Fund and Journeyman Upgrade Program; (5) Douglas J. McCarron, Board of Trustees Chairman, on behalf of United Brotherhood of Carpenters Apprenticeship Training Fund of North America; and (6) Indiana/Kentucky/Ohio Regional Council of Carpenters, and against Defendant Catron Interior

Systems, Inc. for an award of **$122,042.98**. Judgment is entered accordingly, and this action is

**TERMINATED**.

Dated: 3/23/2017

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk of Court

By: _____
Deputy Clerk

Distribution:

Paul T. Berkowitz
PAUL T. BERKOWITZ & ASSOCIATES
paul@ptblaw.com

Suzanne C. Dyer
PAUL T. BERKOWITZ & ASSOCIATES
suzanne@ptblaw.com

Thomas Edward Moss
PAUL T. BERKOWITZ & ASSOCIATES
tom@ptblaw.com

Alan W. Roles
COLEMAN ROLES & ASSOCIATES
alanwroles@yahoo.com

William Aaron Kemper
COLEMAN ROLES & ASSOCIATES
kemper.aaron@gmail.com